## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 13-cv-21972

**UNITED STATES OF AMERICA**
                Plaintiff,

Vs.

**HADA MORALES**
                Defendant(s);

_____/

### DEFENDANT'S ANSWER, AFFIRMATIVE DEFENSES

Defendants HAD AMORALES, by and through undersigned counsel, hereby serves her Answer and Affirmative Defenses:

### ALLEGATIONS COMMON TO ALL COUNTS

1. Without knowledge.
2. Admit.
3. Deny and demand proof.
4. Deny and demand proof.
5. Deny and demand proof.
6. Deny

### AFFIRMATIVE DEFENSES TO COMPLAINT

Defendant HADA MORALES files her Affirmative Defenses and state:

### FIRST AFFIRMATIVE DEFENSE: PAYMENT

7. Defendant has made some payments for which she has not been credited for in Plaintiff's complaint..

## SECOND AFFIRMATIVE DEFENSE: DISCHARGEABILITY

8. Ms. Morales registered to go to St Thomas University ("St Thomas") to obtain a Bachelor of Arts in Spanish.

9. At the beginning of the program, St Thomas had evaluated previous credits Defendant had taken in Nicaragua and Costa Rica and had advised Ms. Morales that 90 credits were going to be transferred from her previous post-secondary classes.

10. This initial evaluation stated that only 30 more credits needed to be completed for Defendant to receive her degree.

11. Defendant, acting in reliance of St Thomas' initial evaluation, decided to enroll at St Thomas.

12. After a year and a half, St Thomas changed the curriculum and the Spanish program and advised Ms. Morales that a much lesser number of credits would be transferred and as a result, Ms. Morales was to take 45 additional credits to complete her degree requirements.

13. Having relied on the requirements of the previous program to make a decision to pursue a degree in Spanish, and having been told 18 months later that the program had changed, Ms. Morales stopped attending the school.

14. Ms. Morales attended St. Thomas for less than 60% of the time for which the above-referenced loans were taken.

15. As such, a refund was to have been to Ms. Morales or to Plaintiff.

WHEREFORE, having fully answered the Complaint, Defendant HADA MORALES, denies that Plaintiff is entitled to the relief sought or any relief whatsoever.

Respectfully submitted,

BY: _____/S/_____
Gregorie Dolce, Esq.
FBN: 78139
The Dolce Law Firm P.A.
1395 Brickell Ave., Suite 501
Miami, FL 33131
gdolce@dolcelawfirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy was filed electronically and served by email on July 22, 2013 to sdavis@becker-poliakoff.com to Plaintiff's Attorney: Stephen M. Davis, 121 Alhambra Plaza, 10th Floor, Miami FL 33134**.**

_____/S/_____

Gregorie Dolce, Esq.
FBN: 78139
The Dolce Law Firm P.A.
1395 Brickell Ave., Suite 501
Miami, FL 33131
gdolce@dolcelawfirm.com