UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 13-cv-21972

**UNITED STATES OF AMERICA**
      **Plaintiff,**

Vs.

**HADA MORALES**
      **Defendant(s);**

_____/

## DEFENDANT'S REQUEST FOR CLERK TO APPOINT MEDIATOR

  Defendant HADA MORALES, by and through undersigned counsel, requests that the Clerk assign a mediator and that this matter be set for Mediation for the following reasons:

1. Defendant has made good faith efforts to resolve this matter with Plaintiff.
2. Defendant does not have the financial means to go through a lengthy judicial process.
3. Defendant wants to mitigate this matter and resolve it as soon as possible.

  WHEREFORE, Defendant ask that the Court grant her request to appoint mediator and refer this matter to Mediation.

Dated: July 22, 2013

  Respectfully submitted,

                                                                                                                                                                                               BY:
                                      _____/S/_____
                                           Gregorie Dolce, Esq.
                                           FBN: 78139
                                           The Dolce Law Firm P.A.
                                           1395 Brickell Ave., Suite 501
                                           Miami, FL 33131
                                           gdolce@dolcelawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was filed electronically and served by email on July 22, 2013 to sdavis@becker-poliakoff.com to Plaintiff's Attorney: Stephen M. Davis, 121 Alhambra Plaza, 10th Floor, Miami FL 33134**.**

_____/S/_____

Gregorie Dolce, Esq.
FBN: 78139
The Dolce Law Firm P.A.
1395 Brickell Ave., Suite 501
Miami, FL 33131
gdolce@dolcelawfirm.com